**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 10-cv-01800-AP

SHIRLEY A. ARMIJO,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

---

Order Granting Attorney Fees to Plaintiff

---

    Upon consideration of the parties' Stipulated Motion for an Award of Attorney Fees (doc. #16), filed March 31, 2011, and finding such fees reasonable and authorized by 28 U.S.C. § 2412 (2006),

    IT IS HEREBY ORDERED that Defendant shall pay to Plaintiff reasonable attorney fees in the amount of **$3750.00.**

    DATED this 1st day of April, 2011

    *s/John L. Kane*
    JOHN L. KANE, SENIOR JUDGE
    UNITED STATES DISTRICT COURT